OERRM212

AS OF DATE :
4/19/2016



ILLINOIS DEPARTMENT OF
CORRECTIONS
OFFENDER TRACKING SYSTEM



PAGE: 1
RUN DATE: 4/19/2016

OFFENDER CUSTODY HISTORY

| NAME | : DWAYNE SWIMS | IDOC # | : N12260 |
|---|---|---|---|
| DATE OF BIRTH | : 7/19/1962 | CURRENT STATUS | : DISCHARGE |
| | | CURRENT LOCATION | : DISCHARGE : DISCHARGE |

RECORDED PERIODS OF IDOC INCARCERATION

| MVMT DATE | MVMT TYPE | PARENT INST |
|---|---|---|
| 10/4/2006 | DISCHARGE OUT | VIENNA |
| 10/4/2004 | PAROLE OUT | VIENNA |
| 9/3/2002 | ADMIT IN | GRAHAM |
| 9/21/2000 | DISCHARGE OUT | CENTRALIA |
| 9/21/1998 | PAROLE OUT | CENTRALIA |
| 7/20/1998 | ADMIT IN | JOLIET |
| 7/10/1986 | DISCHARGE OUT | MENARD |

MITT/SENTENCE INFORMATION

| | | | CLASS | YR | MO | DAY |
|---|---|---|---|---|---|---|
| 01CR1172901 COOK | AGGRAVATED ROBBERY - 00107345399 | | CL: 1 | 8 | 0 | 0 |
| MITT ADMIT: 9/3/2002 | SENT DATE: 8/16/2002 | | DISC/REM DATE: 10/4/2006 | | | |
| 01C66077101 COOK | AGG UNLAWFUL USE OF WEAPON/VEH - 00124746152 | | CL: 4 | 3 | 0 | 0 |
| MITT ADMIT: 9/3/2002 | SENT DATE: 4/4/2002 | | DISC/REM DATE: 10/4/2006 | | | |
| 97CR15679 COOK | BURGLARY - 11100005012 | | CL: 2 | 3 | 0 | 0 |
| MITT ADMIT: 7/20/1998 | SENT DATE: 7/13/1998 | | DISC/REM DATE: 9/21/2000 | | | |
| 8117295 COOK | THEFT >$300-$10K - 10177000590 | | CL: 3 | 2 | 0 | 0 |
| MITT ADMIT: 6/26/1981 | SENT DATE: 6/19/1981 | | DISC/REM DATE: | | | |

-* THE CUSTODY HISTORY REPRESENTED IN THIS DOCUMENT IS TAKEN FROM THE ELECTRONIC RECORDS MAINTAINED IN THE ILLINOS DEPARTMENT OF CORRECTIONS BASED ON MASTER FILE PAPER RECORDS. MASTER FILES FOR EACH OFFENDER ARE CURRENTLY KEPT IN STORAGE AT DIFFERENT ILLINOIS DEPARTMENT OF CORRECTIONS FACILITIES AROUND THE STATE BASED ON THE LOCATION OF THE OFFENDER UPON REACHING DISCHARGE FOR THAT INCARCERATION FROM THE ILLINOIS DEPARTMENT OF CORRECTIONS. THE ELECTRONIC CUSTODY HISTORY DOCUMENT WAS CREATED IN AN EFFORT TO PROVIDE AN OVERVIEW OF THE CUSTODY HISTORY OF AN OFFENDER, TO PROCESS THE REQUEST MORE EFFICIENTLY, TO CUT THE COSTS, AND TO IMPROVE THE HANDLING TIME.

RECORD OFFICER/DESIGNEE: *Donald G. Jones*